1  BENJAMIN B. WAGNER
   United States Attorney
2  GLEN F. DORGAN
   GREGORY T. BRODERICK
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2780
5  Facsimile: (916) 554-2900

6  Attorneys for Defendant
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MWE SERVICES, INC., AND CHRISTOPHER J. MARTIN, | CASE NO. 2:14-CV-00010 JAM KJN |
|---|---|
| Plaintiffs, | |
| v. | STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT AND SUBMIT A JOINT STATUS REPORT; ORDER |
| CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION; CALIFORNIA DEPARTMENT OF CORRECTIONS; CALIFORNIA HIGHWAYPATROL; CAMPTONVILLE FIRE DEPARTMENT; DOBBINS/OREGON HOUSE FIRE PROTECTION DISTRICT; GRASS VALLEY FIRE DEPARTMENT; LINDA FIRE PROTECTION DISTRICT; NORTH SAN JUAN FIRE PROTECTION DISTRICT; PACIFIC GAS AND ELECTRIC COMPANY; PENN VALLEY FIRE PROTECTION DISTRICT; U.S. DEPARTMENT OF AGRICULTURE FOREST SERVICE; U.S. GEOLOGICAL SURVEY; AND DOES 1-2,500. | [Local Rule 144] |
| Defendants. | |

## **RECITALS**

1. On or about February 27, 2013, Plaintiffs filed their First Amended Complaint in Interpleader ("the Complaint") with the Yuba County Superior Court in Case No. YCSCCVCV 12-0001124.

///

*Stipulation re Extension of Time to Respond to Complaint; Order*

1

1    2.    On or about December 2, 2013, Plaintiffs completed service of the Complaint on the
2 United States.

3    3.    On or about January 2, 2014, the United States timely filed a Notice of Removal of the
4 Complaint.

5    4.    By stipulation filed January 8, 2014 [Doc # 4], and pursuant to Local Rule 144, the
6 parties agreed to an extension of time through February 6, 2014, for any responsive pleading to be filed
7 by any defendant served with the summons who had not answered the Complaint in state court.

8    5.    Pursuant to the Court's Order Requiring Joint Status Report [Doc # 2], the parties have a
9 deadline of January 31, 2014, to confer as required by Fed. R. Civ. P. 26(f) and submit a Joint Status
10 Report to the Court.

11    6.    On January 24, 2014, all parties to this stipulation conferred, through their counsel of
12 record, as required by Fed. R. Civ. P. 26(f).  Based on the conference call, the parties anticipate that they
13 may be able to resolve informally certain issues raised by the underlying Complaint and the removal,
14 and the parties desire additional time to continue their meet-and-confer efforts.

## STIPULATION

16    The parties hereto, acting by and through their designated counsel, hereby stipulate that (1) the
17 deadline for the United States and the State of California to file responsive pleadings to the Complaint
18 shall be extended by 46 days, from February 6, 2014, through and including March 24, 2014; and (2) the
19 deadline for submitting the Joint Status Report to the Court shall be extended 60 days, from January 31,
20 2014, through and including April 1, 2014.

21                                                    Respectfully submitted,

22 DATED:  January 29, 2014                           BENJAMIN B. WAGNER
                                                     United States Attorney
23
                                              By:    /s/ Glen F. Dorgan
24                                                   GLEN F. DORGAN
                                                     GREGORY BRODERICK
25

26 DATED:  January 29, 2014                           KRONENBERG LAW, P.C.

27
                                              By:    /s/ Steven W. Yuen
28                                                   STEVEN W. YUEN
                                                     Attorneys for MWE Services

*Stipulation re Extension of Time to*                2
*Respond to Complaint; Order*

| | | |
|---|---|---|
| DATED: January 29, 2014 | | LEWIS, BRISBOIS, BISGAARD & SMITH |
| | By: | /s/ Talia Delanoy<br>TALIA DELANOY<br>Attorneys for Chris Martin |
| DATED: January 29, 2014 | | KAMALA D. HARRIS<br>California Attorney General |
| | By: | /s/ Stephen M. Lerner<br>STEPHEN M. LERNER<br>Deputy Attorney General<br>Attorneys for California Department of Forestry and Fire |

## ORDER

Based on the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that (1) the deadline for the United States and the State of California to file responsive pleadings to the Complaint shall be extended by 46 days, from February 6, 2014, through and including March 24, 2014; and (2) the deadline for submitting the Joint Status Report to the Court shall be extended 60 days, from January 31, 2014, through and including April 1, 2014.

Date: January 29, 2014                          /s/ John A. Mendez
                                                UNITED STATES DISTRICT COURT JUDGE

*Stipulation re Extension of Time to Respond to Complaint; Order*                    3