1  William S. Kronenberg - 133730
Steven W. Yuen - 230768
2  KRONENBERG LAW, P.C.
1999 Harrison Street, Suite 1450
3  Oakland, CA 94612-4729
Tel:     (510) 254-6767
4  Fax:    (510) 788-4092

5  Attorneys for Plaintiff in Interpleader/Defendant
MWE SERVICES, INC.
6  DBA MIDWEST DEMOLITION COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  MWE SERVICES, INC., AND                        Case No.:  2:14-cv-00010-JAM-KJN
CHRISTOPHER J. MARTIN,
11                                                  **STIPULATION TO EXTEND TIME TO
            Plaintiffs,                              SUBMIT A JOINT STATUS REPORT, AND
12                                                  ORDER**
v.
13
CALIFORNIA DEPARTMENT OF FORESTRY
14  AND FIRE PROTECTION; CALIFORNIA
DEPARTMENT OF CORRECTIONS;
15  CALIFORNIA HIGHWAY PATROL;
CAMPTONVILLE FIRE DEPARTMENT;
16  DOBBINS/OREGON HOUSE FIRE
PROTECTION DISTRICT; GRASS VALLEY
17  FIRE DEPARTMENT; LINDA FIRE
PROTECTION DISTRICT; NORTH SAN JUAN
18  FIRE PROTECTION DISTRICT; PACIFIC GAS
AND ELECTRIC COMPANY; PENN VALLEY
19  FIRE PROTECTION DISTRICT; U.S.
DEPARTMENT OF AGRICULTURE FOREST
20  SERVICE; U.S. GEOLOGICAL SURVEY; AND
DOES 1-2,500.
21
            Defendants.
22  _____

23  AND ALL CONSOLIDATED CASES.

24

25                    **I.      RECITALS**

26          1.      On February 27, 2013, plaintiffs MWE Services, Inc., and Christopher J. Martin filed

27  their first amended complaint in interpleader (hereafter "the complaint") in the Superior Court of

28  California, County of Yuba bearing case number YCSCCVCV 12-0001124.

1    2.    On June 24, 2013, the Superior Court of California, County of Yuba consolidated the

2  interpleader complaint bearing case number YCSCCVCV 12-0001124 with the complaint bearing case

3  number YCSCCVCV 12-0000768 filed by defendant in interpleader California Department of Forestry

4  and Fire Protection.

5    3.    On November 21, 2013, a request for dismissal without prejudice was filed with the

6  Superior Court of California, County of Yuba dismissing defendants in interpleader California

7  Department of Corrections; California Highway Patrol; Camptonville Fire Department;

8  Dobbins/Oregon House Fire Protection District; Grass Valley Fire Department; Linda Fire Protection

9  District; North San Juan Fire Protection District; Pacific Gas and Electric Company; and Penn Valley

10  Fire Protection District.  All remaining named defendants have been served.

11    4.    On January 2, 2014, defendant in interpleader the United States of America timely filed

12  a notice of removal of the complaint from the Superior Court of California, County of Yuba to the

13  United States District Court, Eastern District of California.

14    5.    By stipulation filed January 8, 2014 (docket 4), and pursuant to Local Rule 144, the

15  parties agreed to an extension of time through February 6, 2014, for any responsive pleading to be filed

16  by any defendant served with the summons who had not answered the complaint in state court.

17    6.    In accordance with court's order requiring joint status report (docket 2), the parties had

18  a deadline of January 31, 2014, to confer as required by Fed. R. Civ. P. 26(f) and submit a joint status

19  report to the court.

20    7.    On January 24, 2014, all parties to this stipulation conferred, through their counsel of

21  record, as required by Fed. R. Civ. P. 26(f).

22    8.    On January 30, 2014, the court entered an order (docket 8) extending the time for

23  defendants to respond to the complaint in interpleader, and extending the time to submit the joint status

24  report from January 31, 2014 to April 1, 2014 pursuant to the parties' stipulation (docket 7).

25    9.    On March 21, 2014, the court entered an order (docket 21) extending defendant in

26  interpleader United States of America's time to respond to the complaint to April 23, 2014 pursuant to

27  a third stipulation.

28  ///

1        10.    On March 21, 2014, defendant California Department of Forestry and Fire Protection

2  filed a motion for judgment on the pleadings (docket 11 and 12) to be heard on May 21, 2014.

3        11.    To preserve judicial resources, and the parties' resources, the parties seek, and agree to

4  extend time to submit their joint status report from April 1, 2014 to June 1, 2014 as the hearing on

5  defendant California Department of Forestry and Fire Protection's motion for judgment on the

6  pleadings may make the June 23, 2014 conference moot.

## II.    STIPULATION

8        The parties, by and through their counsel, stipulate the deadline for the parties to submit the

9  joint status report to the court shall be extended from April 1, 2014 to June 1, 2014.

10  DATED:  March 27, 2014

KRONENBERG LAW, P.C.

12                                              /s/ Steven W. Yuen

By: _____

13                                              Steven W. Yuen
                                               Attorneys for Plaintiff in Interpleader/Defendant
14                                              MWE SERVICES, INC.

15  DATED:  March 27, 2014

LEWIS BRISBOIS BISGAARD & SMITH LLP

17                                              /s/ Talia L. Delanoy

By: _____

18                                              David S. Worthington
                                               Talia L. Delanoy
19                                              Attorneys for Plaintiff in Interpleader/Defendant
                                               CHRISTOPHER J. MARTIN

21  DATED:  March 27, 2014

                                               BENJAMIN B. WAGNER
22                                              United States Attorney

23                                              /s/ Glen F. Dorgan

24  By: _____

25                                              Glen F. Dorgan
                                               Gregory Broderick
                                               Attorneys for Defendant in Interpleader
26                                              UNITED STATES OF AMERICA

27  ///

28  ///

STIPULATION TO EXTEND TIME TO SUBMIT A JOINT STATUS REPORT, AND ORDER
C 14-00010 JAM-KJN – PAGE 3

1  DATED:  March 27, 2014

2  KAMALA D. HARRIS
   California Attorney General

3

4                                              /s/ Stephen M. Lerner
                                 By: _____
5                                    Stephen M. Lerner
                                     Deputy Attorney General
                                     Attorneys for Defendant in Interpleader/Plaintiff
6                                    CALIFORNIA DEPARTMENT OF FORESTRY
                                     AND FIRE PROTECTION
7

8                        **III.    ORDER**

9        Based on the parties' stipulation, and for good cause appearing,

10       IT IS ORDERED the deadline for the parties to submit the joint status report to the court shall

11  be extended from April 1, 2014 to June 1, 2014.

12  DATE:  March 27, 2014

13                                  /s/ John A. Mendez_____
                                    Honorable John A. Mendez
14                                  United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO SUBMIT A JOINT STATUS REPORT, AND ORDER
C 14-00010 JAM-KJN – PAGE 4