1  William S. Kronenberg - 133730
   Steven W. Yuen - 230768
2  KRONENBERG LAW, P.C.
   1999 Harrison Street, Suite 1450
3  Oakland, CA 94612-4729
   Tel:    (510) 254-6767
4  Fax:    (510) 788-4092

5  Attorneys for Plaintiff in Interpleader/Defendant
   MWE SERVICES, INC.
6  DBA MIDWEST DEMOLITION COMPANY

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

11 | MWE SERVICES, INC., AND         | Case No.: 2:14-cv-00010-JAM-KJN
   | CHRISTOPHER J. MARTIN,
12 |                                  | **STIPULATION TO EXTEND TIME TO**
   |        Plaintiffs,               | **SUBMIT A JOINT STATUS REPORT, AND**
13 |                                  | **ORDER**
   | v.
14 |
   | CALIFORNIA DEPARTMENT OF FORESTRY
15 | AND FIRE PROTECTION; CALIFORNIA
   | DEPARTMENT OF CORRECTIONS;
16 | CALIFORNIA HIGHWAY PATROL;
   | CAMPTONVILLE FIRE DEPARTMENT;
17 | DOBBINS/OREGON HOUSE FIRE
   | PROTECTION DISTRICT; GRASS VALLEY
18 | FIRE DEPARTMENT; LINDA FIRE
   | PROTECTION DISTRICT; NORTH SAN JUAN
19 | FIRE PROTECTION DISTRICT; PACIFIC GAS
   | AND ELECTRIC COMPANY; PENN VALLEY
20 | FIRE PROTECTION DISTRICT; U.S.
   | DEPARTMENT OF AGRICULTURE FOREST
21 | SERVICE; U.S. GEOLOGICAL SURVEY; AND
   | DOES 1-2,500.
22 |
   |        Defendants.
23 | _____

24 AND ALL CONSOLIDATED CASES.

25

26

27

28

## I.  RECITALS

1. On February 27, 2013, plaintiffs MWE Services, Inc., and Christopher J. Martin filed their first amended complaint in interpleader (hereafter "the complaint") in the Superior Court of California, County of Yuba bearing case number YCSCCVCV 12-0001124.

2. On June 24, 2013, the Superior Court of California, County of Yuba consolidated the interpleader complaint bearing case number YCSCCVCV 12-0001124 with the complaint bearing case number YCSCCVCV 12-0000768 filed by defendant in interpleader California Department of Forestry and Fire Protection.

3. On November 21, 2013, a request for dismissal without prejudice was filed with the Superior Court of California, County of Yuba dismissing defendants in interpleader California Department of Corrections; California Highway Patrol; Camptonville Fire Department; Dobbins/Oregon House Fire Protection District; Grass Valley Fire Department; Linda Fire Protection District; North San Juan Fire Protection District; Pacific Gas and Electric Company; and Penn Valley Fire Protection District.  All remaining named defendants have been served.

4. On January 2, 2014, defendant in interpleader the United States of America timely filed a notice of removal of the complaint from the Superior Court of California, County of Yuba to the United States District Court, Eastern District of California.

5. By stipulation filed January 8, 2014 (ECF 4), and pursuant to Local Rule 144, the parties agreed to an extension of time through February 6, 2014, for any responsive pleading to be filed by any defendant served with the summons who had not answered the complaint in state court.

6. In accordance with court's order requiring joint status report (ECF 2), the parties had a deadline of January 31, 2014, to confer as required by Fed. R. Civ. P. 26(f) and submit a joint status report to the court.

7. On January 24, 2014, all parties to this stipulation conferred, through their counsel of record, as required by Fed. R. Civ. P. 26(f).

8. On January 30, 2014, the court entered an order (ECF 8) extending the time for defendants to respond to the complaint in interpleader, and extending the time to submit the joint status report from January 31, 2014 to April 1, 2014 pursuant to the parties' stipulation (ECF 7).

9. On March 21, 2014, the court entered an order (ECF 21) extending defendant in interpleader United States of America's time to respond to the complaint to April 23, 2014 pursuant to a third stipulation.

10. On March 21, 2014, defendant California Department of Forestry and Fire Protection filed a motion for judgment on the pleadings (ECF 11 and 12) to be heard on May 21, 2014.

11. On March 27, 2014, the court entered an order (ECF 17), pursuant to the parties' stipulation, to extend the deadline to submit the joint status report from April 1, 2014 to June 1, 2014.

12. On April 23, 2014, defendant United States filed a motion to dismiss (ECF 18) to be heard on May 21, 2014.

13. On May 12, 2014, the court issued a minute order (ECF 22) that the motions calendared for May 21, 2014 were ordered submitted without appearance and without argument.

14. The parties are recently attempting to schedule a mediation in this matter.

15. To preserve judicial resources, and the parties' resources, the parties seek, and agree to extend time to submit their joint status report from June 1, 2014 until three weeks after the court issues its order on the motions of defendants California Department of Forestry and Fire Protection, and the United States or, alternatively, to a date set by the court. Should the court issue orders granting defendants' motions, the status conference may become moot thereby obviating the need to submit the joint status report.

## II.     STIPULATION

The parties, by and through their counsel, stipulate the deadline for the parties to submit the joint status report to the court shall be extended from June 1, 2014 until three weeks after the court issues its orders on defendants' motions.

DATED: May 29, 2014

KRONENBERG LAW, P.C.

By: /s/ Steven W. Yuen
Steven W. Yuen
Attorneys for Plaintiff in Interpleader/Defendant
MWE SERVICES, INC.

///

DATED: May 29, 2014

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ David S. Worthington
David S. Worthington
Talia L. Delanoy
Attorneys for Plaintiff in Interpleader/Defendant
CHRISTOPHER J. MARTIN

DATED: May 29, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Glen F. Dorgan
Glen F. Dorgan
Gregory Broderick
Attorneys for Defendant in Interpleader
UNITED STATES OF AMERICA

DATED: May 29, 2014

KAMALA D. HARRIS
California Attorney General

By: /s/ Stephen M. Lerner
Stephen M. Lerner
Deputy Attorney General
Attorneys for Defendant in Interpleader/Plaintiff
CALIFORNIA DEPARTMENT OF FORESTRY
AND FIRE PROTECTION

### III.   ORDER

Based on the parties' stipulation, and for good cause appearing,

IT IS ORDERED the deadline for the parties to submit the joint status report to the court shall be extended from June 1, 2014 to three weeks after the court issues its orders on defendants' motions.

DATE: May 29, 2014        /s/ John A. Mendez_____

Honorable John A. Mendez
United States District Court Judge